UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In re )
)
G.B.S. HOLDING, LTD., )
) Case No. 11-33708
Debtor. )
)

# DISCLOSURE OF COMPENSATION OF DURRETTECRUMP PLC

Pursuant to section 329 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bruce E. Arkema hereby certifies as follows:

1. I am a partner/shareholder in the law firm of DurretteCrump PLC, a Professional Limited Liability Company ("DurretteCrump") and am duly authorized to make this Disclosure of Compensation of DurretteCrump in connection with the Debtor's Application to Retain and Employ DurretteCrump PLC as Attorneys (the "Application"). The facts set forth in this Disclosure of Compensation are personally known to me and, if called as a witness, I could and would testify thereto. Unless otherwise defined, all capitalized terms used herein shall have the meanings given to them in the Application.

2. Prior to the Petition Date, the Debtor provided DurretteCrump with a retainer of $7,120.74 (the "Retainer") for services rendered or to be rendered and for reimbursement of expenses. The Debtor has granted DurretteCrump a security interest in the retainer to secure repayment of fees and expenses as they come due. The retainer has been partially applied on

account of legal fees and expenses incurred and to be incurred in representing the debtor in contemplation of, and in connection with, this Chapter 11 case. In particular, on or about June 3, 2011, DurretteCrump applied $2,039.00 of the retainer as payment for fees and expenses incurred for the period through and including the Petition Date. Accordingly, as of the Petition Date, $5,081.74 of the retainer remains unapplied.

Additional fees of DurretteCrump exceeding the retainer will be paid by the Debtor subject to Court approval.

3. Neither I, nor DurretteCrump, nor any partner or associate thereof has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtor's chapter 11 case, other than as permitted by the Bankruptcy Code.

4. DurretteCrump has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among DurretteCrump's partners/shareholders.

_____/s/ Bruce E. Arkema_____
Bruce E. Arkema (VSB No. 18625)
DurretteCrump
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911