**United States Bankruptcy Court**
**Eastern District of Virginia**

In re   **G.B.S. Holding, Ltd.**                               ,   Case No.   **11-33708**

Debtor

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George B. Sowers, Jr.**<br>**2001 Oakengate Lane**<br>**Midlothian, VA 23113** | | | **100% Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 10, 2011**                              Signature  **/s/ George B. Sowers, Jr.**
                                                                **George B. Sowers, Jr.**
                                                                **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders