# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name: G.B.S. Holding, Ltd.

Case Number: 11–33708–DOT  Date Filed: June 3, 2011

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: June 8, 2011  William C. Redden
VAN–062 [ver. 3/2008]  Clerk of the Bankruptcy Court

# United States Bankruptcy Court
## Eastern District of Virginia

In re:                                                                  Case No. 11-33708-DOT
G.B.S. Holding, Ltd.                                                    Chapter 11
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0422-7           User: luedecket          Page 1 of 1         Date Rcvd: Jun 08, 2011
                               Form ID: VAN062          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2011.
```
db        +G.B.S. Holding, Ltd.,    3736 Winterfield Road, Suite 200,    Midlothian, VA 23113-9235
cr        +Citizens and Farmers Bank,    c/o Spotts Fain PC,    411 E. Franklin St.,    Suite 600,
           Richmond, VA 23219-2200
10494318   AFLAC,    ATTN Remittance Processing Svc,    1932 Wynnton Road,    Columbus, GA 31999-0797
10494319  +Ally,   Post Office Box 380902,    Minneapolis, MN 55438-0902
10494320  +Anthem Healthkeepers,    P.O. Box 26623,    Richmond, VA 23261-6623
10494321   Anthem Southast Dental,    Post Office Box 758987,    Baltimore, MD 21275-8987
10494322  +Bank of Essex,    Post Office Box 965,    Tappahannock, VA 22560-0965
10494323  +Central Virginia Bank,    Post Office Box 39,    Powhatan, VA 23139-0039
10494325  +Donese Smith,    7709 Millcreek Drive,    Richmond, VA 23235-6739
10494326  +FloranceGordonBrown,    1900 One James Center,    901 East Cary Street,    Richmond, VA 23219-4063
10494327  +Franklin Federal Savings Bank,    4501 Cox Road,    Glen Allen, VA 23060-3381
10494328  +George B. Sowers, Jr.,    2001 Oakengate Lane,    Midlothian, VA 23113-4062
10494329  +Keiter Stephens Hurst Gary,    & Shreaves, P.C.,    P.O. Box 32066,    Henrico, VA 23294-2066
10494330  +MGMLAW,    1802 Bayberry Court, Suite 200,    Richmond, VA 23226-3773
10494331  +Paragon Commercial Bank,    3535 Glenwood Avenue,    Raleigh, NC 27612-4934
10494332  +Paul Kessler,    302 Rexmoor Terrace,    Richmond, VA 23236-3253
10494333  +Perfect Lawncare,    2364 Judes Ferry Road,    Powhatan, VA 23139-5209
10494334  +R. Christian Sowers,    1900 Bedwyn Lane,    Midlothian, VA 23112-5518
10494335  +Riverton Associates, LLC,    3736 Winterfield Road,    Suite 200,    Midlothian, VA 23113-9235
10494336  +Thurman Cash Insurance Agency,    Post Office Box 35601,    Richmond, VA 23235-0601
10494337  +Timmons Group, Inc.,    1001 Boulders Pkwy, #300,    Richmond, VA 23225-5512
10494338  +Towne's Engineering,    9850 Lori Road, Suite 201,    Chesterfield, VA 23832-6758
10494339   Virginia Commonwealth Bank,    P.O. Box 1777,    Petersburg, VA 23805-0777
10494340  +Walter Styles,    Bloomfield Farm,    3607 Cox Road,    Wilsons, VA 23894-2209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10494324  +E-mail/Text: SAXONL@CHESTERFIELD.GOV Jun 09 2011 01:47:01    Chesterfield County Treasurer,
           P.O. Box 26585,    Richmond, VA 23261-6585
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Essex Bank
                                                                                 TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 10, 2011**                    **Signature:** _Joseph Speetjens_