UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re | ) |
| | ) |
| G.B.S. HOLDING, LTD. | ) |
| | ) Case No. 11-33708-DOT |
| Debtor. | ) |
| | ) |
| | ) |

| | |
|---|---|
| In re | ) |
| | ) |
| ROSELAND VILLAGE, LLC, | ) |
| | ) Case No. 11-30223-KRH |
| Debtor. | ) |
| | ) |
| | ) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on July 15, 2011, G.B.S. Holding, Ltd. and Roseland Village, LLC filed the following, a copy of which accompanies this Notice:

**Application for Entry of Order for Joint Administration of the Cases.**

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.) Under Local Bankruptcy Rule 9013-1 unless a written response to the Motion is filed with the Clerk of the Court and served no later than seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing. Specifically, if you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

> A. File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before 4:00 P.M. (Eastern Standard Time) on **August 2, 2011.**

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, Virginia 23219

B.    Attend the hearing before the Honorable Douglas O. Tice, United States Bankruptcy Judge, **at 12:00 p.m. (Eastern Standard Time) on August 9, 2011** at the United States Bankruptcy Court, Room 5100, 701 E. Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: July 15, 2011                      Respectfully Submitted,

                                              G.B.S. HOLDING, LTD.
                                              and
                                              ROSELAND VILLAGE, LLC


                                              By___/s/ Bruce E. Arkema_____
                                                  Counsel

Bruce E. Arkema (VSB No. 18625)
      barkema@durrettecrump.com
Kevin J. Funk (VSB No. 65436)
      kfunk@durrettecrump.com
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, a copy of the foregoing Notice was served via First-Class Mail or electronic means on (i) the Office of the United States Trustee for the Eastern District of Virginia; (ii) all creditors of both cases and (iii) all parties requesting service of pleadings in either of the cases.

By__/s/ Bruce E. Arkema_____
Counsel